## CONSENT TO SUE UNDER THE FLSA

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, to secure unpaid minimum wage pay, overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with E.P.E ENTERPRISE CORP., JERUSALEM BEDDING CORP., CHRISTINA ACEVEA, and PIERO TEJADA MAGAÑA.

I authorize The Stephens Law Firm PLLC, and any associated attorneys as well as any successors or assigns (collectively referred to herein as "the Firm"), to represent me with my claims in a lawsuit against E.P.E ENTERPRISE CORP., JERUSALEM BEDDING CORP., CHRISTINA ACEVEA, and PIERO TEJADA MAGAÑA and any other associated parties. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the Firm without prepayment of attorneys' fees. I understand that costs expended by the Firm on my behalf may be deducted from my settlement or judgment amount, or may be billed to me from time to time, on a pro rata basis with other plaintiffs. I understand that the Firm may petition the court for an award of fees and costs to be paid by defendants on my behalf. I understand that the fees retained by the Firm will be either the amount received from the defendant(s) or 1/3 of my gross settlement or judgment amount, whichever is greater.

Signature: *Juan NaJera*

Dated: 7/16/2020

Name: Juan Najera

Address: _____

Phone Number: _____

Email: _____