

305 Broadway, Suite 1200
New York, New York 10007
(212) 385-1400
Fax: (212) 385-1401
firm@stephenslawny.com
www.stephenslawny.com

April 25, 2022

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
United States Courthouse
Room 1214 South
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Juan Najera v. Jerusalem Bedding Corp. et al.
                Case No. 1:20-cv-06224

Dear Magistrate Judge Scanlon:

I am attorney for the Plaintiff in the above-referenced matter.

On April 13, 2022, the Court ordered Plaintiff to show cause on or before May 2, 2022, why this matter should not be dismissed. For the below reasons, I respectfully request an extension of time to show cause to June 1, 2022.

In January 2022, I enrolled in a course on emergency medicine. Due to time commitments for class time, readings, video lectures, required external coursework through the Federal Emergency Management Agency, and quizzes and clinical time, I have had to cut back my work hours. As an example, during the week of April 18, I had either class or clinical time on each of the days of April 18 through April 23, except for Tuesday, April 19. State regulations require that I attend all sessions of the class or be dropped from the program. The program concludes on May 24, 2022.

In addition to the foregoing, during the week of April 25 I will be participating in a forty-hour out-of-town continuing legal education program from April 27 through May 1. On May 2, I have a three and a half hour class session for my medical program. I will attend a make-up class on May 3.

This is the first request for an extension of time to show cause, and is made for the foregoing reasons.

I thank the Court for its consideration of this request.

Yours truly,

*Glendoval J. Stephens*

Glendoval J. Stephens